[Cite as *Hinkston v. Dept. of Rehab. & Corr.*, 2010-Ohio-3743.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


MARK HINKSTON

    Plaintiff

    v.

DEPARTMENT OF REHABILITATION AND CORRECTION

    Defendant

     Case No. 2008-09490

Judge Clark B. Weaver Sr.
Magistrate Matthew C. Rambo

<u>JUDGMENT ENTRY</u>


{¶ 1} On June 10, 2010, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

CLARK B. WEAVER SR.
Judge

cc:

Douglas R. Folkert                              Mark Hinkston, #545-518
Assistant Attorney General              878 Coitsville-Hubbard Road
150 East Gay Street, 18th Floor       Youngstown, Ohio 44505
Columbus, Ohio 43215-3130

MR/cmd
Filed July 20, 2010
To S.C. reporter August 11, 2010